IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV544

| | |
|---|---|
| ANNIE R. SMITH on behalf of<br>ALFRED T. THOMAS (minor)<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>CHARLOTTE-MECKLENBURG SCHOOL<br>BOARD OF EDUCATION,<br>MICHELE E. MORRIS,<br>RAYMOND GIOVANELLI, MUFFET GARBER,<br>MARIA B. PETREA, J<br>AMES G. MIDDLEBROOKS,<br>MARK W. JOHNSON<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before this Court on its own motion. For the reasons set forth below, this action is **DISMISSED**.

Plaintiff's Complaint alleges that Defendants violated 42 U.S.C. § 1983, 42 U.S.C. § 1985, and "Title 18 and Title 28" by, among other allegations, denying Alfred Thomas "equal educational opportunity . . . access to testing," committing "malicious libel [and] defamation," and "failing to enforce Federal Laws & Statutes, the Civil Rights Act of 1964, Constitutional Rights of Student and/or parents, Congressional Acts." (Complaint, Document #1) These allegations are wholly frivolous, and accordingly, Plaintiff's Complaint is DISMISSED.

THEREFORE IT IS ORDERED that this Complaint is DISMISSED

Signed: December 26, 2007

Graham C. Mullen
United States District Judge