# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Annie R. Smith ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:07cv544

U.S. Dept. Of Education, et al,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 26, 2007 Order.


Signed: December 26, 2007

Frank G. Johns, Clerk
United States District Court